Lawrence S. Lustberg, Esq.
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102
Phone: (973) 596-4883
Facsimile: (973) 639-6326
llustberg@gibbonslaw.com
*Attorneys for Sevenson Environmental Services, Inc.*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>vs.<br><br>NORMAN STOERR,<br><br>　　　　　　　　　Defendant. | Criminal No. 08-521 (SDW)<br><br>*Document Filed Electronically*<br><br>**ORDER GRANTING MOTION<br>FOR RECONSIDERATION** |

**THIS MATTER** having come before the Court upon the Motion for Reconsideration of Sevenson Environmental Services, Inc. ("Sevenson"), by and through its attorneys Gibbons P.C., along with Phillips Lytle LLP, and the Court having considered the submissions of the parties, and for good cause shown,

**IT IS** on this 20th day of June, 2011, *Denied*

**ORDERED** that Sevenson's Motion for Reconsideration is hereby ~~granted~~; and

**IT IS FURTHER ORDERED** that Sevenson shall receive restitution pursuant to 18 U.S.C. § 3664(j)(1) from Defendant Norman Stoerr in the amount which Sevenson paid to victim Tierra Solutions, Inc. ("Tierra") as compensation with respect to Tierra's loss.

*The Court has not been presented with any new, additional or overlooked information or controlling law. For the reasons set forth on the record, restitution to Sevenson remains denied.*

_____
Honorable Susan D. Wigenton, U.S.D.J.