UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| UNITED STATES OF AMERICA : | Criminal No. 08-521 (SDW) |
| v. : |  |
| NORMAN STOERR, : | ORDER OF SATISFACTION |
| Defendant. : | OF RESTITUTION |

## ORDER

**WHEREAS** restitution was ordered payable to Tierra Solutions, Inc., the identified victim at the Diamond Alkali Superfund Site in Newark, New Jersey ("Diamond Alkali"), in the amount of $257,129.22 for losses relating to charged conduct at the Diamond Alkali site;

**WHEREAS** the $257,129.22 in restitution ordered to be paid by the above referenced defendant was in part joint and several with JMJ Environmental, Inc., Cr. No. 08-522-01, and John Drimak, Cr. No. 08-522-02, in the amount of $232,129.22, and in part joint and several with Victor Boski, Cr. No. 09-141-01, and National Industrial Supply, Cr. No. 09-141-02, in the amount of $25,000;

**WHEREAS** Tierra Solutions, Inc. received a payment of $202,759.04 of the restitution ordered joint and several with John Drimak and JMJ Environmental, Inc. on or about January 5, 2009;

**WHEREAS** Tierra Solutions, Inc. received full compensation for restitution ordered joint and several with Victor Boski and National Industrial Supply on or about November 6, 2009;

**IT IS** on this _20th_ day of _June_ 2011

**ORDERED** that the restitution obligation for Norman Stoerr to Tierra Solutions, Inc. has been fully satisfied as to the Victor Boski and National Industrial Supply restitution order of $25,000 and that the balance due to Tierra Solutions, Inc. for this restitution order shall be reduced to $0.00; and

**IT IS FURTHER ORDERED** that the restitution obligation for Norman Stoerr to Tierra Solutions, Inc. has been satisfied in the amount of $202,759.04 as to the John Drimak and JMJ Environmental, Inc. restitution order of $232,129.22 and that the balance due to Tierra Solutions, Inc. for this restitution order shall be reduced to $29,370.18.

_____
Honorable Susan D. Wigenton, U.S.D.J.